# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. LESTER GAZINSKI                                         Docket No: 3:03CR00225(SRU)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Deborah Palmieri, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Lester Gazinski who was sentenced to Time Served for a violation of 18 U.S.C. 471 Counterfeiting U.S. Currency by the Honorable Stefan R. Underhill sitting in the court at Bridgeport on June 15, 2005, who fixed the period of supervision at seven years which commenced on June 15, 2004 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall totally abstain from alcohol consumption and narcotic use; 2) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, approved by the probation officer, which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in an amount determined by the Probation Office; 3) The defendant shall participate in a mental health treatment program approved by the probation office. The defendant shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in an amount determined by the Probation Office; and 4) The defendant shall undertake efforts to obtain and maintain gainful employment and/or vocational training to obtain employment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1 - Mandatory Condition:** "While on supervised release, the defendant shall not commit and other federal, state or local crime."

On August 24, 2005, the offender was arrested by the New Haven Police Department and charged with Assault 3rd. On November 4, 2005, he appeared in New Haven Superior Court, pled guilty to this charge and was sentenced to 1 year, execution suspended, followed by 18 months' probation.

On September 3, 2005, the offender was arrested by the New Haven Police Department and charged with Falsely Reporting an Incident. On November 4, 2005, the offender appeared in New Haven Superior Court, pled guilty to this charge and was sentenced to 1 year, execution suspended, followed by 18 months probation.

On December 12, 2005, the offender was arrested by the New Haven Police Department and charged with Assault 3rd, Threatening, and Breach of Peace. The offender was held in lieu of bond and subsequently appeared in New Haven Superior Court, on March 9, 2006, pled guilty to Assault 3rd and was sentenced, to 8 months imprisonment.

**Charge No. 2 - Special Condition:** "The defendant shall totally abstain from alcohol consumption and narcotic use."

The incident reports reflect that the offender was intoxicated.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this __27th__ day of __April__, 2006 and ordered filed and made a part of the records in the above case.

Stefan R. Underhill
United States District Judge

Sworn to By

Deborah S. Palmieri
Senior United States Probation Officer

Place __Bridgeport, CT__

Date __April 27, 2006__

Before me, Stefan R. Underhill, United States District Judge, on this 27th day of April 2006, at Bridgeport, Connecticut, Senior U.S. Probation Officer Deborah S. Palmieri appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

Stefan R. Underhill
United States District Judge

PROB 19
(Rev. 1/82)

# United States District Court

for

### DISTRICT OF CONNECTICUT

U.S.A. vs Leszek Gazinski

TO:[1]  any United States Marshal

Docket No. 0205-3:03CR00225-001
(SRU)

**WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE**

You are hereby commanded to arrest the within-named subject and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF SUBJECT | SEX | RACE | AGE |
|---|---|---|---|
| Leszek Gazinski | M | C | 51 |

ADDRESS (STREET, CITY, STATE)
Willard-Cybulski Correctional Institution - 391 Shaker Rd. Enfield, CT

| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court, Bridgeport, CT | 06/15/2005 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
U.S. District Court, Bridgeport, CT

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Kevin Rowe | *[signature] Tiffany R. Bushey* | 4/27/06 |

**RETURN**

| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)

| NAME | (BY) | DATE |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

True Copy
ATTEST:
KEVIN F. ROWE
Clerk, U.S. District Court
By: *[signature] Tiffany R. Bushey*