UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.

Criminal No. 3:03CR00225(SRU)

LESZEK GAZINSKI

## ORDER CONTINUING SUPERVISED RELEASE

On June 15, 2004 the defendant was sentenced to Time Served for a charge of Counterfeiting U.S. Currency, followed by seven years supervised release with the following special conditions: 1) The defendant shall totally abstain from alcohol consumption and narcotic use; 2) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, approved by the probation officer, which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in an amount determined by the Probation Office; 3) The defendant shall participate in a mental health treatment program approved by the Probation Office. The defendant shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in an amount determined by the Probation Office; and 4) The defendant shall undertake efforts to obtain and maintain gainful employment and/or vocational training to obtain employment.

WHEREAS, at a hearing before this Court on May 19, 2006, Mr. Gaziniski, who was represented by counsel and given an opportunity to be heard, was found to have violated the conditions set forth in the Form 12 Petition of Violation.

IT IS ORDERED that Mr. Gazinski be continued on Supervised Release and that all aspects of the original judgment shall remain in full force and effect.

Signed and dated at Bridgeport, Connecticut, this 7th day of June 2006.

_____
Stefan R. Underhill
United States District Judge