PROB 19
(Rev. 1/82)

# United States District Court

for

## DISTRICT OF CONNECTICUT

U.S.A. vs Leszek Gazinski

TO:[1] **any United States Marshal**

Docket No. 0205-3:03CR00225-001
(SRU)

---

**WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE**

You are hereby commanded to arrest the within-named subject and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF SUBJECT Leszek Gazinski | SEX M | RACE C | AGE 51 |
|---|---|---|---|

ADDRESS (STREET, CITY, STATE)
Willard-Cybulski Correctional Institution - 391 Shaker Rd. Enfield, CT

| SENTENCE IMPOSED BY (NAME OF COURT) U.S. District Court, Bridgeport, CT | DATE IMPOSED 06/15/2005 |
|---|---|

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
U.S. District Court, Bridgeport, CT

| CLERK Kevin Rowe | (BY) DEPUTY CLERK [signature] | DATE 4/27/06 |
|---|---|---|

**RETURN**

| Warrant received and executed | DATE RECEIVED 5/19/2006 | DATE EXECUTED 5/19/2006 |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS) U.S. Marshals Service Bridgeport, CT

| NAME BRIAN TAYLOR SDUSM | (BY) [signature] | DATE 5/19/2006 |
|---|---|---|

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."