# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs.** LESZEK GAZINSKI

Docket No. 3:03CR00225(SRU)

**FILED**
2007 OCT 23  P 1: 37
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Deborah Palmieri, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Leszek Gazinski, who was sentenced to Time Served for Counterfeiting U.S. Currency, in violation of 18 U.S.C. 471, by the Honorable Stefan R. Underhill, U.S. District Judge, sitting in the court at Bridgeport, Connecticut on June 15, 2004, who fixed the period of supervision at seven years which commenced on June 15, 2004 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall totally abstain from alcohol consumption and narcotic use; 2) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, approved by the probation officer, which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in an amount determined by the Probation Office; 3) The defendant shall participate in a mental health treatment program approved by the Probation Office. The defendant shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in an amount determined by the Probation Office; and 4) The defendant shall undertake efforts to obtain and maintain gainful employment and/or vocational training to obtain employment.

On May 19, 2006, the offender was found to have violated the conditions of his supervised release and was continued on supervised release with the original conditions of supervision. Mr. Gaziniski's supervised release term will expire on June 14, 2011.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

The defendant is being cited for violating the following conditions of supervised release:

**SEE ATTACHED**

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Leszek Gazinski to appear before this court at Bridgeport, Connecticut on 10/31/07 at 10:00 AM to show cause why supervised release should not be revoked.

**ORDER OF COURT**

Sworn to By

Considered and ordered ___ 23rd

<u>Charge No. 1 - Mandatory Condition</u>: "While on supervised release, the defendant shall not commit and other federal, state or local crime."

On August 2, 2007, the offender was arrested and charged with Breach of Peace, Interfering with an Officer and Public Drunkenness.

According to the incident report, New Haven Police responded to a complaint by a security guard for the West Village Apartments at 52 Howe Street in New Haven, that Mr. Gazinski was yelling at other tenants on the front steps of the apartment building. When approached by the officers, Mr. Gazinski stated that he had been drinking and could not remember how to spell his name. Once the police officers determined that there were no outstanding warrants, Mr. Gazinski was told to go inside his apartment. Mr. Gazinski agreed, but as he approached the front door he turned to a tenant on the steps and began yelling profanity in his face.

Mr. Gazinski refused a request by the officers to leave the man alone and had to be physically removed from the steps of the apartment building. The offender resisted arrest and yelled slurs at the arresting officers. Mr. Gazinski was subsequently handcuffed and charged with Breach of Peace, Interfering with an Officer, and Public Drunkenness.

On August 27, 2007, Mr. Gazinski appeared in New Haven Superior Court where the charges were substituted to Creating a Public Disturbance. A $35.00 fine was imposed and then remitted.

On October 5, 2007, the offender was arrested and charged with Assault 3rd Degree, Assault of Public Safety or Emergency Medical Personnel, Breach of Peace 2nd Degree, Criminal Mischief 2nd Degree, and Interfering with an Officer.

On October 5, 2007, at approximately 2:15 A.M., the New Haven Police were dispatched to Walgreens at 88 York Street in New Haven. When officers arrived, Mr. Gazinski was laying on the floor of the store yelling profanities and he was bleeding from his nose. Mr. Gazinski continued to yell at the officers and struggle while the officers attempted to handcuff him.

The store manager reported, and several employees and customers confirmed, that Mr. Gazinski first began yelling and swearing at the cashier because the credit card machine at the cashier station was not working and then picked-up the credit card machine, from the counter, and threw it at the cashier. The credit card machine missed hitting the cashier, and then fell to the floor and broke. The store manager told Mr. Gazinski to leave the store. As he walked toward the door, Mr. Gazinski pushed the store manager and then attempted to punch him but missed. The store manage, in self defense, struck Mr. Gazinski, who then fell to the floor.

While the officers questioned the store manager, the offender continued to roll around on the floor of the store, swearing and making obscene statements. Mr. Gazinski was physically restrained after he kicked the officers and the store manager.

Mr. Gazinski had been detained on a $5,000 surety bond since his arrest on October 5, 2007. He reported on October 22, 2007, that he had posted bond with the assistance of his girl friend. This case is pending in Haven Superior Court and the next scheduled Court appearance is October 25, 2007.

<u>Charge No. 2 - Special Condition</u>: "The defendant shall totally abstain from alcohol consumption and narcotic use."

When the offender was arrested on August 2, 2007, he told the New Haven police officer that he was too intoxicated to spell his name.